UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JUDITH E. OWENS, et al., | No. ED CV 16-2540-RGK (PLA) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| DEBRA HURST, et al., | |
| Defendants. | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is dismissed without prejudice.

*[signature: Gary Klausner]*

DATED: 4/25/17

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE